UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:03-cr-00371-MCE-EFB |
| Plaintiff-Respondent, | |
| v. | ORDER |
| SHONDOR JANELL ARCENEAUX, et al., | |
| Defendant-Petitioner. | |

----oo0oo----

Before the Court is Shondor Janell Arceneaux's Motion for a temporary injunction [ECF No. 872]. The Motion is GRANTED. Pending further action by this Court, Mr. Arceneaux is to remain in the custody of the Federal Bureau of Prisons at the United States Penitentiary at Florence, Colorado.

**IT IS SO ORDERED.**

Dated: May 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1